

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00825-CR

Jorge **RODRIGUEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CRB000030D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED.

SIGNED December 4, 2024.

_____
Rebeca C. Martinez, Chief Justice